# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

PATRICK LAVELL DAVIS                                                                PETITIONER
ADC #104208

V.                                   NO. 5:13CV00129-SWW-JTR

WENDY KELLEY, Director,                                                          RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this 28 U.S.C. § 2254 action is DISMISSED, WITH PREJUDICE.

DATED this 27th day of March 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE